

**Woburn Police Department**
**Incident Report**

Page: 1
10/05/2012

Incident #: 12-1977-OF
Call #: 12-24420

```
Date/Time Reported: 10/05/2012 0020
 Report Date/Time: 10/05/2012 0121
           Status: Incident Open
Reporting Officer: Patrolman PAUL DOHERTY
        Detective: Detective BRIAN MCMANUS
 Approving Officer: Sergeant ARTHUR TOURKANTONIS
```

Signature: _____

Signature: _____

| # | OFFENSE(S) | ATTEMPTED | TYPE |
|---|---|---|---|
| | LOCATION TYPE: Hotel/Motel/Temp. Lodgings  Zone: 743 HILTON BOSTON HOTEL 2 FORBES RD WOBURN MA 01801 | | |
| 1 | MARKED/INJURED/DEFACED/DESTRUCTION/VANDALISM OF PR 266/126A    266    126A    OCCURRED: 10/05/2012  0020 | N | Felony |

| # | VICTIM(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | PV HOLDING CORP 375 MCCLELLAN HWY BOSTON MA 02128 VICTIM CONNECTED TO OFFENSE NUMBER(S): 1 | | | | | |

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 1 | SHEARSMITH, JEFFREY | WITNESS | M | W | | NOT AVAIL | |
| | DOB: | | | | | | |
| 2 | MADI CORP | BUSINESS | | | | | |
| 3 | COFFIN, JAMES | REPORTING PARTY | M | W | | NOT AVAIL | |
| | DOB: | | | | | | |
| | EMPLOYER: | | | | | | |

| # | VEHICLE(S) | YEAR | MAKE | STYLE | COLOR1 | COLOR2 | REG | VALUE |
|---|---|---|---|---|---|---|---|---|
| 1 | MKZ | 2012 | LINC | SE | BLK | | MA X8628 | |
| | STATUS: Suspected VIN: 3LNHL2GC0CR802103 | | | | | | DATE: 10/05/2012 | |
| 2 | ECONOLINE E350 | 2012 | FORD | LL | GLD | | NY FCP5086 | $750.00 |
| | STATUS: Destroyed/Damaged/Vandalized OWNER: PV HOLDING CORP VIN: 1FBNE3BL8CDA77717 | | | | | | DATE: 10/05/2012 | |

```
                        Woburn Police Department                    Page: 2
                            Incident Report                         10/05/2012

        Incident #: 12-1977-OF
            Call #: 12-24420
```

| VEHICLE(S) | YEAR | MAKE | STYLE | COLOR1 | COLOR2 | REG | VALUE |
|---|---|---|---|---|---|---|---|
| ECONOL E3BH | 2012 | FORD | VN | BRO | | MA 586PF3 | $750.00 |
| STATUS: Destroyed/Damaged/Vandalized | | | | | | DATE: 10/05/2012 | |
| OWNER: PV HOLDING CORP | | | | | | | |
| VIN: 1FBNE3BL0CDA89960 | | | | | | | |
| ECONOL E3BH | 2012 | FORD | VN | GRY | | MA 574PF3 | $750.00 |
| STATUS: Destroyed/Damaged/Vandalized | | | | | | DATE: 10/05/2012 | |
| OWNER: PV HOLDING CORP | | | | | | | |
| VIN: 1FBNE3BL0CDA89974 | | | | | | | |
| ECONOL E3BH | 2012 | FORD | VN | GRY | | MA 491PF3 | $750.00 |
| STATUS: Destroyed/Damaged/Vandalized | | | | | | DATE: 10/05/2012 | |
| OWNER: PV HOLDING CORP | | | | | | | |
| VIN: 1FBNE3BL7CDA89969 | | | | | | | |

Woburn Police Department

Page: 1

NARRATIVE FOR PATROLMAN PAUL J DOHERTY

Ref: 12-1977-OF

On 10/05/2012 at approximately 0020 hours I was dispatched to Two Forbes Rd, the Hilton Hotel, on report of someone slashing tires in the parking lot. The reporting party gave a plate (MA X8628) and description of a vehicle that was seen leaving the parking area with its lights off. The plate came back to a black Lincoln MKZ, registered to Teamsters Local 25 out of Boston, and was seen leaving the area of the parking lot where the tires were slashed. That information was broadcast to the State Police and all area cities and towns. A search of the area was done by Officers Maher, O'Connor and me but we could not locate this vehicle.

Four vans, with all four tires slashed, was located in the parking lot. These vans were rented from Budget rental in Boston by Madi Corp. Madi Corp has employees staying at the Hilton and was using the vans to transport them back and forth to a job site in Wilmington.

Madi Corp is a non union company. The representative I spoke with, James Coffin, believes this to be the reason for this incident.

| SOLVABILITY FACTORS | Yes | No | Not Applicable |
|---|---|---|---|
| 1. Were there any witnesses? | x | | |
| 2. Was a suspect named? | | x | |
| 3. Can the suspect be located? | | x | |
| 4. Can the suspect be described? | | x | |
| 5. Can the suspect be identified? | | x | |
| 6. Can a suspect vehicle be identified? | x | | |
| 7. Is the stolen property traceable? | | | x |
| 8. Is there significant physical evidence? | | x | |
| 9. Is there significant M.O. present? | | x | |
| 10. Is there reason to believe this crime may be solved? | | x | |
| 11. Will the complainant prosecute? | x | | |